UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD RAY & PAUL GILCHRIST,

    Plaintiffs,

-against-

DANIEL CHOUEKA, et al.,

    Defendants.

---

15-cv-04651 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On July 25, 2023, the Court vacated the default judgment previously entered against defendants Paul Lambert and Jonas Nielson in the above-captioned action, on the grounds that Lambert and Nielson had not been properly served. *See* Dkt. 31. The Order vacating the default judgment gave plaintiffs 30 days to properly effectuate service on these two defendants if plaintiffs wished to continue their action against them.

On August 23, 2023, plaintiffs, through their counsel of record, sent the Court a letter -- attached hereto as an exhibit -- indicating that plaintiffs "have elected not to proceed with the above-referenced action against defendants Neilson and Lambert with service of a new complaint." Accordingly, the complaint is hereby dismissed with prejudice against defendants Lambert and Nielson. The default judgments previously entered against all

other defendants in this action shall remain in place. The Clerk of the Court is directed to close the case.

    SO ORDERED.

Dated:    New York, NY

           August 23 2023

                                        JED S. RAKOFF, U.S.D.J.

*Law Office of*
# FRANK TADDEO JR.

45 BROADWAY, SUITE #1420
NEW YORK, NEW YORK 10006
Phone (212) 363-8400 – fax (212) 943-7454
e-mail lawtaddeo680@gmail.com
*Member of NY/NJ Bar*

August 23, 2023

**BY EMAIL**
Honorable Jed S. Rakoff
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Paul Gillcrist, et. al. v. Paul Lambert, Jonas Neilson, et. al.*
        *Index #: 15 CV 04651(JSR):   Order Entered July 26, 2023*

Dear Judge Rakoff:

Kindly recall that my Office serves as counsel to the Plaintiffs in the above-referenced action.

We respectfully advise the Court that Plaintiffs have elected not to proceed with the above-referenced action against defendants Neilson and Lambert with service of a new complaint as instructed by the July 26 Order; and recognize that pursuant to said Order, the action against them personally will be dismissed, while surviving against the remaining defendant(s).

We thank the Court for its consideration and courtesy under the unusual circumstances of this convoluted matter .

Very truly yours,

Frank Taddeo Jr.
FT: *uyv*
cc: A. Goldfarb